IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **DENNETTE A. WILLIAMS,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:13-CV-313 (MTT) |
| **CAROLYN W. COLVIN, Acting Commissioner of Social Security,** | ) |
| Defendant. | ) |

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Charles H. Weigle. (Doc. 14). The Magistrate Judge recommends reversing the Commissioner of Social Security's decision to deny Plaintiff Dennette A. Williams' application for benefits and remanding the case to the Commissioner for further proceedings because the Administrative Law Judge did not clearly articulate good cause for discounting the opinion of Plaintiff's treating physician, Dr. Scott Gillogly.

The Commissioner did not file an objection to the Recommendation.[1] The Court has reviewed the Recommendation, and the Recommendation is **ADOPTED** and made the order of this Court. The Commissioner's decision is **REVERSED and REMANDED** pursuant to Sentence Four of 42 U.S.C. § 405(g) for a reevaluation of the records of Dr. Scott Gillogly.

---

[1] The Court notes that the Report and Recommendation was entered before the time had expired for the Plaintiff to file her reply brief. (Doc. 15). The Court has reviewed the brief and has determined that nothing in the brief alters the disposition.

-2-

**SO ORDERED**, this 9th day of September, 2014.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT